**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6699**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

DEREK MARQUIS FLEMING,

              Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (2:91-cr-00179-NCT-1)

Submitted:  November 17, 2011         Decided:  November 22, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek Marquis Fleming, Appellant Pro Se.  Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Marquis Fleming appeals the district court's order denying Fleming's motion to reconsider the order denying Fleming's motion to correct a clerical error in its judgment pursuant to Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Fleming, No. 2:91-cr-00179-NCT-1 (M.D.N.C. Apr. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2